UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

        - v. -                 :     **UNSEALING ORDER**

RAMONA JIMENEZ,                    :     08 Cr. 622

        Defendant.         :

- - - - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned indictment was returned on July 10, 2008 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 622 be unsealed.

Dated: New York, New York
      August 12, 2008

SO ORDERED:

_____
HONORABLE HENRY PITMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 13 2008